■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERROD FORD, Appellant. [693 NYS2d 444] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Flug, J.), rendered January 31, 1997, convicting him of attempted robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish beyond a reasonable doubt that the defendant assaulted the complainant with the intent to commit robbery. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported

by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (*see,* CPL 470.15 [5]). Mangano, P. J., O'Brien, Sullivan and Goldstein, JJ., concur.